UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD ADAMS,

        Plaintiff,

vs.                          Case No. 2:10-cv-767-FtM-29DNF

THE GEO GROUP, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

This matter comes before the Court upon periodic review of the file. Plaintiff, who is civilly confined at the Florida Civil Commitment Center, initiated this action on December 20, 2010 by filing a "Civil Rights Complaint" (Doc. #1, Complaint). Plaintiff did not accompany the filing of his Complaint with the requisite $350.00 filing fee or an application to proceed *in forma pauperis*. See generally docket. On January 7, 2011, the Court issued an Order directing Plaintiff, within fourteen (14) days, to pay the requisite $350.00 filing fee or file a motion to proceed *in forma pauperis* by fully completing an Affidavit of Indigence form, which was enclosed with the Order (Doc. #3, January Order).

The time for complying with the January Order has expired. Plaintiff has not filed a response to the January Order, nor has he sought an extension of time in which to do so. The January Order was apparently delivered to Plaintiff because it has not been returned as undelivered. The Court finds that Plaintiff's failure to comply with the Court's January Order is grounds for dismissal

of this action.  Further, the Court explicitly warned Plaintiff that the Court would dismiss this case if Plaintiff failed to timely comply or otherwise respond to the January Order.  To the extent that Plaintiff wishes to prosecute this action, he is required to initiate a new action in this Court.

Therefore, it is now

**ORDERED**:

1.   This case is **DISMISSED** without prejudice.

2.   The **Clerk of the Court** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close this case.

**DONE AND ORDERED** at Fort Myers, Florida, on this __8th__ day of February, 2011.

_____
JOHN E. STEELE
United States District Judge

SA: hmk
Copies: All Parties of Record